# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-08640 RGK (JCx) | Date | November 16, 2015 |
| Title | *Thomas Duckett v. Jim Feinberg et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Paul Songco (Not Present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order re: Ex Parte Application to Remand (DE 5)**

    Before the Court is Plaintiff's Ex Parte Application to Remand the Case to State Court filed on November 11, 2015 (DE 5). This action was remanded to State Court on November 10, 2015 (DE 9). Therefore, this application is DENIED as moot.

    **IT IS SO ORDERED**.

                                                                                                                                       :

                                                  Initials of Preparer        ps